## FLORIDA INTERNATIONAL INDEMNITY COMPANY, Plaintiff–Appellee,

v.

## The CITY OF METTER, GEORGIA, The Metter/Candler County Recreation Department, Myron Colley, Defendants,

**Juanita Googe, Individually and as Temporary Administratrix of the Estate of Kenneth Harold Googe, Deceased, Harold Googe, Jr., Shirley Diane Sparks, Andrew Ray Googe, Howard Michael Googe and Linda Kay Googe, Defendants–Appellants.**

No. 90–8302.

United States Court of Appeals, Eleventh Circuit.

March 1, 1993.

Michael K. Gardner, Barnard M. Portman, and Paul H. Felser, Savannah, GA, for the Googes.

Robert S. Reeves, Swainsboro, GA, for appellant.

D. Campbell Bowman, Jr., Stanley M. Karsman, Savannah, GA, for appellee.

Glen A. Cheney, Cheney & Cheney, Reidsville, GA, for Metter/Candler County.

Before ANDERSON, Circuit Judge, TUTTLE and CLARK, Senior Circuit Judges.

PER CURIAM:

For the reasons set out in the previous opinion of this court[1] certifying certain issues to the Supreme Court of Georgia, and for the reasons set out in the opinion of the Supreme Court of Georgia,[2] the judgment of the district court is

AFFIRMED.

1. *Florida Int'l Indemnity Co. v. Googe,* 952 F.2d 1297 (11th Cir.1992).

2. *Googe v. Florida International Indemnity Company,* 262 Ga. 546, 422 S.E.2d 552 (1992).